Form 27 - GENERAL PURPOSE

**JON L. NORINSBERG**
ATTN:
U.S. SOUTHERN DIST. COURT     NEW YORK COUNTY

---

| | |
|---|---|
| JULIO DIAZ                                    plaintiff | Index No. **08 CV 6399** |
| - against - | Date Filed .............. |
| | Office No. |
| THE CITY OF NEW YORK, ETAL              defendant | Court Date:   / / |

---

STATE OF NEW YORK, COUNTY OF NEW YORK           :SS:

**KENNETH WISSNER**     being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.

That on the **21st day of July, 2008** at **02:10 PM.,** at
**%CORP. COUNSEL OF THE CITY OF NEW YORK**
**100 CHURCH ST, 4TH FL. NEW YORK, NY 10007**
I served a true copy of the
   **SUMMONS AND COMPLAINT**
   **CIVIL COVER SHEET**
   **JUDGES RULES**

upon **THE CITY OF NEW YORK**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
   **SORAYA BONIT, LEGAL CLERK AUTHORIZED TO ACCEPT**

a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
   SEX: **FEMALE**        COLOR: **BROWN**        HAIR: **BROWN**
   APP. AGE: **35**       APP. HT: **5:8**        APP. WT: **125**

OTHER IDENTIFYING FEATURES: **GLASSES**

Sworn to before me this
23rd day of July, 2008ni

SAMSON NEWMAN
Notary Public, State of New York
   No. 01NE-4783767
Qualified in NEW YORK COUNTY
Commission Expires 11/03/2009

KENNETH WISSNER   721352
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3JLN140032