```
Form 02 - SUITABLE AGE         AETNA CENTRAL JUDICIAL SERVICES
                    JON P. NORINSBERG
                    ATTN:
U.S.SOUTHERN DIST. COURT    NEW YORK COUNTY
--------------------------------------------------
                                              Index No. 08 CV 6399
JULIO DIAZ                        plaintiff
                                              Date Filed  .............
              - against -
                                              Office No.
THE CITY OF NEW YORK, ETAL        defendant
                                              Court Date:    /   /
--------------------------------------------------
      STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:
HARRY TORRES    being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the  State of New York. That on the
23rd day of July, 2008  12:06 PM                at
     NARCOTICS BOROUGH MANH.SOUTH PIER 36
     %CLINTON/SOUTH ST, NEW YORK, NY 10002
I served the   SUMMONS AND COMPLAINT
               CIVIL COVER SHEET
               JUDGES RULES
upon DET.JOHN LICATO, SHIELD NO.06738
the DEFENDANT  therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
   "JOHN SMITH"--CO-WORKER WHO REFUSED TRUE NAME
 a person of suitable age and discretion.
     Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: MALE     COLOR: WHITE    HAIR: BLACK     AGE: 45   HEIGHT: 6:1    WEIGHT: 220
OTHER IDENTIFYING FEATURES: MUSTACHE
On 07/28/2008 I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
DEFENDANT at the above address. That address being
actual place of employment of the DEFENDANT.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
28th day of July,       2008i

BRETT GOLUB                               HARRY TORRES  0915257
Notary Public, State of New York          AETNA CENTRAL JUDICIAL SERVICES
     No.01G06129491                       225 BROADWAY, SUITE 1802
Qualified in NASSAU                       NEW YORK, NY, 10007
Commission Expires 06/27/2009             Reference No: 3JLN140033
```