Form 05 - SUITABLE WITH MAILING
            **JON L. NORINSBERG**
            **ATTN:**
U.S.SOUTHERN DIST. COURT    NEW YORK    COUNTY
-----------------------------------------------------

JULIO DIAZ                             plaintiff        Index No. **08 CV 6399**

                                                        Date Filed ............
            - against -
                                                        Office No.
THE CITY OF NEW YORK, ETAL            defendant
                                                        Court Date:    / /
-----------------------------------------------------

      STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:
**JOSE ESPINAL**    being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **21st** day of **July, 2008   01:30 PM**              at
      **NARCOTIC DIV.1 POLICE PLZ. RM.1100**
      **NEW YORK, NY 10038**
I served the   **SUMMONS AND COMPLAINT**
               **CIVIL COVER SHEET**
               **JUDGES RULES**
upon **U.C.NO.5016**
the **DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with
   **D. MATOS,  AUTHORIZED TO ACCEPT WHO REFUSED FIRST NAME**
 a person of suitable age and discretion.
      Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **FEMALE**   COLOR: **TAN**    HAIR: **BLACK**    AGE: **37**   HEIGHT: **5:7**   WEIGHT: **160**
OTHER IDENTIFYING FEATURES:

On **07/24/2008** I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address.

That address being **actual place of employment of the DEFENDANT.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns action against the person to be served.


Sworn to before me this
24th  day of  July,       2008ni                ....J...Espinal..........
                                                JOSE ESPINAL  1278811
KENNETH WISSNER                                 AETNA  CENTRAL  JUDICIAL  SERVICES
Notary Public, State of New York                225 BROADWAY, SUITE 1802
   No.01WI4714130                               NEW YORK, NY, 10007
Qualified in NEW YORK COUNTY                    Reference No: 3JLN140034
Commission Expires 03/30/2010